# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY JENKINS, on behalf of himself and others similarly situated, <br>     Plaintiff(s) <br><br> v. <br><br> FLUENT, INC. <br><br>     Defendant | Case No:  1:23-cv-00558 <br><br> JUDGE  Jeffery P. Hopkins <br><br> **STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD** |

IT IS HEREBY STIPULATED BY THE UNDERSIGNED COUNSEL that Defendant Fluent, Inc. be permitted an additional twenty-one days to respond to the First Amended Class Action Complaint in this action, up to and including September 29, 2025.  In accordance with Local Rule 6.1(a), the parties affirmatively state that no prior stipulated extensions, together with this stipulated extension, exceeding a total of twenty-one days have been provided to Defendant.

Dated:  September 8, 2025

| | |
|---|---|
| /s/ Jeffrey T. Perry <br> Jeffrey T. Perry (0088989) <br> CAMPBELL PERRY, LLC <br> 7240 Muirfield Drive, Suite 120 <br> Dublin, OH  43017 <br> (614) 668-8442 <br> (614) 675-2210  fax <br> *jeff@campbellperrylaw.com* <br><br> *Co-Counsel for Defendant* <br> Fluent, Inc. | /s/ Anthony I. Paronich, Esq. by JTP, Esq. <br> Anthony I. Paronich (*pro hac vice*) <br> PARONICH LAW, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (617) 485-0018 <br> *anthony@paronichlaw.com* <br><br> *Counsel for Plaintiff(s)* <br> Zachary Jenkins, on behalf of himself and others similarly situated |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 8th day of September, 2025 upon all parties via CM/ECF:

Anthony I. Paronich (*pro hac vice*)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
*anthony@paronichlaw.com*
*Counsel for Plaintiff(s)*
Zachary Jenkins, on behalf of himself
and others similarly situated

Brian T. Giles (0072806)
THE LAW OFFICES OF BRIAN T. GILES
1470 Apple Hill Road
Cincinnati, OH 45230
(513) 379-2715
*brian@gilesfirm.com*
*Counsel for Plaintiff(s)*
Zachary Jenkins, on behalf of himself
and others similarly situated

            By: /s/ Jeffrey T. Perry
               Jeffrey T. Perry
               Supreme Court No.: 0088989

               and

               /s/ Jason Sykes
               Jason Sykes
               (*pro hac vice* application forthcoming)

               *Counsel for Defendant*
               Fluent, Inc.