UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZACHARY JENKINS, on behalf of himself
and others similarly situated,

    Plaintiff(s),

v.

FLUENT, INC.,

    Defendant.

Case No. 1:23-cv-00558-JPH

Judge Jeffery P. Hopkins

DECLARATION OF JEFF RICHARD
FILED IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION

I, Jeff Richard, declare under penalty of perjury under the laws of the United States as follows:

1. I am over 18 years of age, competent to testify in this action, and make this declaration based on personal knowledge.

2. I am the Vice President of Data Privacy and Compliance for Fluent, Inc. ("Fluent") and am familiar with Fluent's business operations, corporate structure, business relationships, and workforce composition.

3. Fluent is incorporated in Delaware and maintains its principal place of business in New York.

4. Fluent does not have any offices in Ohio.

5. Fluent has only one remote employee in Ohio, who was hired in 2022.

6. Fluent has only one remote contractor in Ohio, who was engaged in 2023.

7. This minimal presence represents only two individuals out of Fluent's entire workforce.

8. Neither the Ohio employee nor the Ohio contractor has any connection to the lead transfer platform at issue in this case.

9. Fluent is not licensed to do business in Ohio.

10. Fluent does not use any Ohio banks.

11. Fluent does not own any real property in Ohio.

12. All relevant witnesses and evidence regarding Fluent's platform operations are located outside Ohio. Fluent's platform operations are based in Delaware and New York, Zeta is located outside Ohio, and Amerilife is located outside Ohio.

13. Fluent did not make the alleged telemarketing calls to Plaintiff, nor did Fluent ask any company to make such calls on its behalf.

14. Fluent operates a platform that processes call transfers originating from third-party call centers and connects them to third-parties.

15. Fluent's only involvement in this matter was serving as an intermediary connecting Zeta Global Corp. with AL Marketing, LLC d/b/a Amerilife for one of the calls

alleged in Plaintiff's complaint.

16. At no point did Fluent have any contact with the consumer—Fluent never answered the transferred call, never spoke to Plaintiff, and served only as an automated intermediary platform that facilitated the connection between Zeta and Amerilife.

17. Fluent never requested that Zeta make any of the calls at issue in this lawsuit, either on Fluent's behalf or on behalf of any third-party advertiser.

18. The business transaction through which Fluent facilitated the lead transfer between Zeta and Amerilife had no nexus to Ohio. Neither Zeta nor Amerilife is an Ohio company, and the arrangement was negotiated and performed entirely outside Ohio.

Case: 1:23-cv-00558-JPH Doc #: 24-1 Filed: 09/29/25 Page: 4 of 5  PAGEID #: 187

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3
4  Dated: September 29, 2025
5              /s/ [signature]
6              Jeff Richard

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Ohio that on September 29, 2025, I caused true and correct copies of the foregoing documents to be served by the method(s) listed below on the following interested parties:

**Via CM/ECF**

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

Brian T. Giles (0072806)
The Law Offices of Brian T. Giles
1470 Apple Hill Road
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff*

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2025.

/s/ Shawn Smith
Shawn Smith, paralegal

5
DECLARATION OF JEFF RICHARD