UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ZACHARY JENKINS, on behalf of himself and others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>FLUENT, INC.,<br><br>    Defendant. | Case No. 1:23-cv-00558-JPH<br><br>Judge Jeffery P. Hopkins |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The Court, having considered Defendant Fluent, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and any briefs filed in opposition or support thereof, as well as the hearing in the above captioned matter, and for good cause shown, hereby ORDERS that:

Plaintiff's claims in the Amended Complaint (Dkt. 19) are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

                                                _____
                                                HON. JEFFERY P. HOPKINS
                                                United States District Judge