**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ZACHARY JENKINS, on behalf of himself and others similarly situated, | |
| Plaintiff(s), | Case No. 1:23-cv-00558-JPH |
| v. | Judge Jeffery P. Hopkins |
| FLUENT, INC., | |
| Defendant. | **STIPULATION RE: PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE-PLEADING DEADLINE** |

     IT IS HEREBY STIPULATED BY THE UNDERSIGNED COUNSEL that Plaintiff be allowed to file a Second Amended Complaint (attached as Exhibit A). The Second Amended Complaint names a new defendant, Zeta Global Corp. ("Zeta"). Zeta has agreed to waive service of the Second Amended Complaint and the parties stipulate that Defendant Fluent, Inc.'s responsive-pleading deadline shall be the same as Zeta's deadline under Rule 4(d) of the Federal Rules of Civil Procedure. Doing so will streamline any motions practice associated with the new complaint which will preserve party resources and promote judicial economy.

Dated: October 11, 2025

/s/ Jeffrey T. Perry
Jeffrey T. Perry (0088989)
CAMPBELL PERRY, LLC
7240 Muirfield Drive, Suite 120
Dublin, OH  43017
(614) 668-8442
(614) 675-2210  fax
*jeff@campbellperrylaw.com*

*Co-Counsel for Defendant*
Fluent, Inc.

/s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
*anthony@paronichlaw.com*

*Counsel for Plaintiff(s)*
Zachary Jenkins, on behalf of himself
and others similarly situated

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this _____ day October, 2025 upon all parties via CM/ECF:

Anthony I. Paronich (*pro hac vice)*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Brian T. Giles (0072806)
THE LAW OFFICES OF BRIAN T. GILES
1470 Apple Hill Road
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff(s)*

/s/_____
Jeffrey T. Perry (0088989)

and

/s/_____
Jason B. Sykes
(*pro hac vice* forthcoming)

*Counsel for Defendant*
Fluent, Inc.