**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Zachary Jenkins,** individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | Case No. 1:23-cv-00558 |
| v. | : | |
| **Fluent, Inc.,** *et al.* | : | Judge Jeffery P. Hopkins |
| Defendants. | : : | |

**DECLARATION OF JEFFRY NIMEROFF**

1. Pursuant to U.S.C. § 1746, I, Jeffry Nimeroff, declare as follows:

2. I am the Chief Information Officer of Zeta Global Corp. ("Zeta"). I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently do so.

3. Zeta utilizes internet advertising and online requests to be contacted (lead forms) to provide consumers with job opportunities and other offers by Zeta and other third parties with which Zeta maintains a commercial relationship.

4. I am familiar with the consumer-facing websites managed by Zeta.

5. Zeta keeps and maintains records in the ordinary course of its business operations as part of its business records, which are automatically generated by computer systems at the time of the event or occurrence to which the records relate.

6. During 2023, Zeta managed websites bearing the names "onlygreatjobs.com" and "higherincomejobs.com," which advertise job opportunities and other products and services. The websites contain pages where a consumer can enter his or her personal information, contact information, and request calls related to various products and services.

7. Upon being made aware of the complaint in the above captioned lawsuit, Zeta researched the information stored in its database with respect to Plaintiff Zachary Jenkins and his phone number.

8. There is an online form submission with Plaintiff's name and telephone number that was created on the onlygreatjobs.com on June 6, 2023 at or around 6:02 p.m. Eastern Daylight Time, from an Internet Protocol ("IP") address of 99.11.193.101 (the "First Visit")

9. The data automatically generated from the Site at or near the time of and maintained by Zeta for all submissions on onlygreatjobs.com includes the following information from the submission associated with Plaintiff's phone number made on June 6, 2023:

| | |
|---|---|
| First Name: | Zachary |
| Last Name: | Jenkins |
| Email Address: | jenkinsz5550@gmail.com |
| Phone: | 614-███-4928 |
| Address: | 3420 Furrow Ct |
| City: | Canal Winchester |
| State: | OH |
| Zip Code: | 43110 |

10. This information would not have been generated nor provided to Zeta had someone not entered the information and clicked the submission button, as described below.

11. When visiting the Site, a user is able to create a user profile using a registration page by entering his or her email address and clicking a continue button; immediately above the button the is the following text:

> By clicking "Submit", I represent that I am 18+ years of age; I understand that this site is privately owned, not affiliated with, nor endorsed by any government agency, I agree that the personal information I provided may be shared with third parties for other marketing purposes, and agree to the <u>Privacy Policy</u> and <u>Terms and Conditions</u> and agree to receive email marketing from onlygreatjobs.com and its <u>marketing partners</u>.

2

12. The disclaimer language also includes a hyperlink to the website's "Terms and Conditions." The hyperlink is underlined, as opposed to the plain text in the body of the disclaimer, thereby clearly providing that the user can access the terms by clicking on the link. A true and accurate copy of the linked terms present on the date of the First Visit are attached as Exhibit 1 (the "OGJ Terms").

13. To resolve questions about the accuracy, integrity, or validity of the nature of the leads generated on the Site, Zeta utilizes, among other verification and fraud detection tools, the lead verification services of Verisk. Data relating to the user and interactions on that page, including keystrokes, mouse clicks, data entry, and other electronic communications of visitors to websites, are tracked and maintained by Verisk via a "Guardian TCPA Report," which indicates that the information submitted was authentic and the result of an actual user interaction.

14. The Guardian TCPA Report contains a link for a Visual Playback of what the user saw on the screen during their visit and their interaction. The Visual Playback is located at the following webpage: https://vp.leadid.com/playback/DE179A46-47C9-674B-796D-27A824CFD9A3/1687175999.9938?key=1687175723643

15. The Visual Playback of the First Visit accurately shows the registration page and its corresponding disclaimer language as they appeared on that date:



16. Also during the First Visit, the user was redirected to a confirmation page. The confirmation page requested the user's phone number and date of birth. Immediately above the submission button is the following language:

> By clicking I agree & continue, I certify that I entered my own information & I agree to the Privacy Policy and Terms (with Arbitration Agreement). I also consent to your agents, Marketing Partners, or Medigap Life contacting me with marketing calls or texts at the phone number I provided regardless of my status on State or Federal Do Not Call Lists, including using an autodialer or artificial/prerecorded voice (Msg & data rates apply). I understand these calls or texts may include ads for services such as Medicare Advantage Products. Consent isn't required. Skip Here.

17. During the First Visit, the user entered Plaintiff's phone number, selected the checkbox next to the disclaimer language, and submitted the form by pressing the "CONTINUE" button.

18. The Visual Playback of the First Visit accurately shows the confirmation page and its corresponding disclaimer language as they appeared on that date:

4



19. As shown on the Visual Playback of the First Visit, the bottom of the webpage contained hyperlinked text stating "Terms & Conditions," and clicking the link at the time of the First Visit would take the user to the OGT Terms attached as Exhibit 1.

20. There is a separate online submission with Plaintiff's name and telephone number created on the higherincomejobs.com on June 19, 2023 at or around 7:55 a.m. Eastern Daylight Time, from an Internet Protocol ("IP") address of 172.59.33.186 (the "Second Visit")

21. The data automatically generated from the site at or near the time of and maintained by Zeta for all submissions on higherincomejobs.com includes the following information from the submission associated with Plaintiff's phone number made on June 19, 2023:

| | |
|---|---|
| First Name: | Zachary |
| Last Name: | Jenkins |
| Email Address: | jenkinsz5550@gmail.com |
| Phone: | 614-▮▮▮-4928 |
| Address: | 3420 Furrow Ct |
| City: | Canal Winchester |
| State: | OH |
| Zip Code: | 43228 |

22. This information would not have been generated nor provided to Zeta had someone not entered the information and clicked the submission button, as described below.

23. When visiting the site, a user is presented with a form asking him or her to confirm a phone number, and directly above the submission button is the following language:

> By clicking I agree & continue, I certify that I entered my own information & I agree to the Privacy Policy and Terms (with Arbitration Agreement). I also consent to your agents, <u>Marketing Partners</u>, or Medigap Life contacting me with marketing calls or texts at the phone number I provided regardless of my status on State or Federal Do Not Call Lists, including using an autodialer or artificial/prerecorded voice (Msg & data rates apply). I understand these calls or texts may include ads for services such as Medicare Advantage Products. Consent isn't required. <u>Skip Here.</u>

24. During the Second Visit, the user entered Plaintiff's phone number, selected the "I AGREE" checkbox directly below to the disclaimer language, and submitted the form by pressing the "CONTINUE" button.

25. As shown on the Visual Playback of the Second Visit, the bottom of this form contained hyperlinked text stating "Terms & Conditions," and clicking the link at the time of the Second Visit would take the user to higherincomejobs.com terms and conditions, which were materially identical to the OGJ Terms at the time of the Second Visit (the "HIC Terms").

26. The Guardian TCPA Report for the Second Visit contains a link for a Visual Playback of what the user saw on the screen during their visit and their interaction. The Visual Playback is located at the following webpage: https://vp.leadid.com/playback/2BACA200-4531-F62A-5C91-EDECCF3A0392/1686089165.2698?key=1686088924576

27. The Visual Playback of the Second Visit accurately shows the confirmation page and its corresponding disclaimer language as they appeared during the Second Visit:



I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2025                     _____
                                                                    Jeffry Nimeroff