

# Terms & Conditions

HigherIncomeJobs.com

Last Revised: July 25th, 2022

1. TERMS OF USE

The following Terms & Conditions ("Terms & Conditions") are applicable to the use of the higherincomejobs.com website and other affiliated websites displaying job listings that we create which are owned and operated by Higher Income Jobs (collectively the "Site") ("we," "us," or "our"). Your use of a Site constitutes your acceptance of these Terms & Conditions and creates a binding contract between you and us (the "Agreement").

Please read these Terms & Conditions carefully. By using any of the Site, you: (i) agree to all such terms, conditions, and notices; (ii) acknowledge that you have read and understood these Terms & Conditions; (iii) represent that you are 18 or older; (iv) consent to be legally bound by these Terms & Conditions; and (v) consent and agree to the contents of Higher Income Jobs Privacy Policy described below. If you do not agree to these Terms & Conditions, do not access the Site or use our services (the "Service").

**IMPORTANT:** PLEASE REVIEW THE ARBITRATION AGREEMENT AND CLASS ACTION WAIVER SET FORTH IN SECTION 17 BELOW CAREFULLY, AS IT WILL REQUIRE YOU TO RESOLVE DISPUTES WITH US OR OUR MARKETING PARTNERS ON AN INDIVIDUAL BASIS THROUGH FINAL AND BINDING ARBITRATION. YOU WILL NOT BE ABLE TO BRING OR PARTICIPATE IN A CLASS OR COLLECTIVE ACTION. BY ENTERING THIS AGREEMENT, YOU EXPRESSLY ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND ALL OF THE TERMS OF THIS AGREEMENT AND HAVE TAKEN THE TIME TO CONSIDER THE CONSEQUENCES OF THIS IMPORTANT DECISION.

2. CHANGES TO AGREEMENT AND PRIVACY POLICY

HIGHER INCOME JOBS RESERVES THE RIGHT TO CHANGE THIS AGREEMENT AND ITS PRIVACY POLICY AT ANY TIME UPON NOTICE TO YOU, TO BE GIVEN BY THE POSTING OF A NEW VERSION OF THE TERMS AND CONDITIONS OR PRIVACY POLICY, OR A CHANGE NOTICE. IT IS YOUR RESPONSIBILITY TO REVIEW THIS AGREEMENT AND THE PRIVACY POLICY PERIODICALLY. IF AT ANY TIME YOU FIND EITHER UNACCEPTABLE, YOU MUST IMMEDIATELY CEASE ACCESSING AND/OR USING THE SITE AND SERVICE. Unless Higher Income Jobs obtains Your express consent, any revised Privacy Policy will apply only to information collected by Higher Income Jobs after such time as the revised Privacy Policy takes effect, and not to information collected under any earlier Privacy Policies. BY CONTINUING TO USE THE SITE OR THE SERVICE, YOU AGREE TO THE UPDATED VERSIONS OF THE AGREEMENT AND PRIVACY POLICY.

3. ELIGIBILITY

BY ACCESSING AND/OR USING THE SERVICE, INCLUDING BY DOING SO AFTER ACCESSING THIS AGREEMENT, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST 18 YEARS OLD AND ARE OTHERWISE LEGALLY QUALIFIED TO ENTER INTO AND FORM CONTRACTS UNDER APPLICABLE LAW. Any individual using the Service on behalf of a company further represents and warrants that they are authorized to act and enter into contracts on behalf of that company. This Agreement is void where prohibited.

## 4. HIGHER INCOME JOBS' ROLE; TECHNOLOGY SERVICE ONLY

Without limitation, You agree that Higher Income Jobs is merely a technology service and You use the Service at Your own risk, without limitation and pursuant to Section 7 ASSUMPTION OF RISK; RELEASE.

Higher Income Jobs serves as a platform for users who comply with the Agreement and participate in career and information services as well as to take advantage of offerings or simply to view the Site.

Higher Income Jobs's role is limited because Higher Income Jobs is not directly involved in any hiring decisions. Without limitation, Higher Income Jobs does not guarantee that it will pre-screen job opportunities. Nor does Higher Income Jobs guarantee the identity of any user. Higher Income Jobs does not necessarily prescreen the content and/or information provided by users. Higher Income Jobs does not directly control the quality of any aspect of the jobs listed, including the accuracy of any content related to any listing. Higher Income Jobs does not guarantee that any user will execute, complete, or otherwise fulfill any transaction or contract. Unless stated otherwise in this Agreement, sellers are responsible for product warranties and customer service, and buyers are responsible for conducting their own due diligence. Higher Income Jobs does not take or transfer ownership of items or liability attaching thereto. For additional information, please carefully review Section 12: DISCLAIMERS; LIMITATION OF LIABILITY.

## 5. LICENSE

Subject to Your compliance with the terms and conditions of this Agreement, Higher Income Jobs grants You a non-exclusive, non-sublicensable, revocable as stated in this Agreement, non-transferable license to access the Higher Income Jobs website located at the following URL: higherincomejobs.com and use the Service. The Service, including any portion of the website, may not be reproduced, duplicated, copied, modified, sold, resold, distributed, transmitted, or otherwise exploited for any commercial purpose without the prior express written consent of Higher Income Jobs. All rights not expressly granted herein are reserved by Higher Income Jobs. Without limitation, this Agreement grants You no rights in or to the intellectual property of Higher Income Jobs or any other party, except as expressly set forth herein. The license granted in this section is conditioned on Your compliance with the terms and conditions of this Agreement. Your rights under this section will immediately terminate in the event that You breach, actually or potentially, in the sole judgment of Higher Income Jobs, any provision of this Agreement.

## 6. NO RELIANCE ON THIRD-PARTY CONTENT

The Service is provided only as a technology solution. Opinions, advice, statements, or other information made available by means of the Service by third-parties, are those of their respective authors, and should not necessarily be relied upon. Such authors are solely responsible for such content. Higher Income Jobs does not: (i) guarantee the accuracy, completeness, or usefulness of any third-party information accessible on or through the Service; or (ii) adopt, endorse, or accept responsibility for the accuracy or reliability of any opinion, advice or statement made by a third-party by means of the Service. Under no circumstances will Higher Income Jobs be responsible for any loss or damage resulting from your reliance on information or other content posted through the Service transmitted to or by any third-party.

We rely on third party content to provide salary & hourly compensation estimates. In certain markets we may offer salary estimate features, such as personalized market value estimates, salary estimates for job roles, and salary estimates for specific job openings. Users should understand that results do not represent verified salaries, guarantees of actual salaries, or endorsements from employers. Their purpose is to provide data to promote transparency and to help people make informed decisions. We do not guarantee the accuracy of results and you are responsible for how you use them. We encourage you to supplement salary estimates with other research.

## 7. ASSUMPTION OF RISK; RELEASE

YOU KNOWINGLY AND FREELY ASSUME ALL RISK WHEN USING THE SERVICE. YOU, ON BEHALF OF YOURSELF, YOUR PERSONAL REPRESENTATIVES, AND YOUR HEIRS, HEREBY VOLUNTARILY AGREE TO RELEASE, WAIVE, DISCHARGE, HOLD HARMLESS, DEFEND, AND INDEMNIFY HIGHER INCOME JOBS AND ITS STOCKHOLDERS, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AFFILIATES, CONSULTANTS, REPRESENTATIVES, SUBLICENSEES, SUCCESSORS, AND ASSIGNS (COLLECTIVELY, THE "HIGHER INCOME JOBS PARTIES") FROM ANY AND ALL CLAIMS, ACTIONS, OR LOSSES FOR BODILY INJURY, PROPERTY DAMAGE, WRONGFUL DEATH, EMOTIONAL DISTRESS, LOSS OF PRIVACY, OR OTHER DAMAGES OR HARM, WHETHER TO YOU OR TO THIRD PARTIES, THAT MAY RESULT FROM YOUR USE OF THE SERVICE.

You may also be asked to provide a username and password in connection with Your use of certain features of the Service. You are entirely responsible for maintaining the confidentiality of your password. You may not use the username or password of any other member at any time, nor may You circumvent any authentication mechanism requiring the entry of usernames or passwords to gain unauthorized access to the Service. You agree to notify Higher Income Jobs immediately of any unauthorized use of Your username or password. Higher Income Jobs shall not be liable for any loss that You incur as a result of someone else using Your username or password, either with or without Your knowledge. You may be held liable for any losses incurred by Higher Income Jobs, its affiliates, officers, directors, employees, consultants, agents, and representatives due to someone else's use of Your username or password.

## 8. CONSENT TO RECEIVE ELECTRONIC COMMUNICATIONS FROM HIGHER INCOME JOBS AND OUR MARKETING PARTNERS

Without limitation, by registering for the Service and providing your name, email, postal or residential address, and/or phone number through the Service, you hereby expressly consent to receive electronic, telephonic, and other communications from or on behalf of Higher Income Jobs and our Marketing Partners (identified on the date You registered) over the short term and periodically, such as by email, voice telephone call, and short-message service ("SMS" or "text message") communications, and including marketing calls and texts made using an autodialer or an artificial or prerecorded voice, regarding the Service, new product offers, promotions, and other matters regarding us or our Marketing Partners. Consumers may opt out of receiving text messages from a specific Marketing Partner by sending or replying "STOP" to any SMS message they receive from that specific Marketing Partner. Your opt out will apply only to that specific Marketing Partner to whom you texted STOP. To opt out of a different Marketing Partner's texts, reply "STOP" directly to that specific Marketing Partner's texts. You agree that you may receive a single subsequent message confirming your opt-out. To opt out of emails from Higher Income Jobs send an email with "UNSUBSCRIBE" in the subject line to support@higherincomejobs.com.

SMS Terms and Conditions

1. By texting to a higherincomejobs.com short code or by submitting your phone number in a web form and providing your prior express written consent to receive marketing calls and texts, you consent to receive one or more automated texts at the phone number from which you texted or at the phone number you entered in the form.
2. We or our Marketing Partners will not be liable for any delays in the receipt of any SMS messages as delivery is subject to effective transmission from your mobile service operator. SMS MESSAGE SERVICES ARE PROVIDED ON AN "AS IS" BASIS, AND WE MAKE NO WARRANTY, EXPRESS OR IMPLIED, AND ALL WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE, ARE HEREBY EXPRESSLY DISCLAIMED.
3. Data obtained from you in connection with this SMS service may include your cell phone number, your carrier's name, and the date, time and content of your messages, as well as other information that you provide to us or our Marketing Partners. We and our Marketing Partners may use this information to contact you and to provide the services you request from us.
4. By subscribing, you consent to receive Job Alerts.

5. By subscribing or otherwise using the SMS service, you acknowledge and agree that we will have the right to change and/or terminate the service at any time, with or without cause and/or advance notice.
6. To end texts from or behalf of Higher Income Jobs, text STOP to 52560 in reply to a text message you receive from us. You agree you may receive a subsequent message confirming your opt-out request.
7. For additional help with texts from or behalf of Higher Income Jobs, text HELP to 52560 in reply to a text message you receive from us.
8. Message and Data Rates May Apply
9. T-Mobile® is not liable for delayed or undelivered messages.
10. United States Participating Carriers Include AT&T, T-Mobile®, Verizon Wireless, Sprint, Boost, U.S. Cellular®, MetroPCS®, InterOp, Cellcom, C Spire Wireless, Cricket, Virgin Mobile and others.

## 9. THIRD-PARTY WEBSITES

The Service is linked with the websites of third parties ("Third-Party Websites"), some of whom may have established relationships with Higher Income Jobs and some of whom may not. Higher Income Jobs does not have control over the content and performance of Third-Party Websites. Higher Income Jobs has not reviewed, and cannot review or control, all of the material, including computer software or other goods or services, made available on or through third-party websites. Accordingly, Higher Income Jobs does not represent, warrant, or endorse any third-party website, or the accuracy, currency, content, fitness, lawfulness, or quality of the information, material, goods, or services available through Third-Party Websites. Higher Income Jobs disclaims, and you agree to assume, all responsibility and liability for any damages or other harm, whether to you or to third parties, resulting from your use of Third-Party Websites.

## 10. PROHIBITED USES

Higher Income Jobs imposes certain restrictions on Your use of the Service. You agree that you will not: (a) "stalk" or otherwise harass any person, or contact any person who has requested not to be contacted; (b) provide false, misleading or inaccurate information to Higher Income Jobs or any other member; (c) impersonate, or otherwise misrepresent affiliation, connection or association with, any person or entity; (d) modify or change the placement and location of any advertisement posted through the Service; (e) harvest or otherwise collect information about Higher Income Jobs users, including email addresses and phone numbers; (f) use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Service for any use, including without limitation use on Third-Party Websites; (g) access content or data not intended for You, or log onto a server or account that You are not authorized to access; (h) attempt to probe, scan, or test the vulnerability of the Service, or any associated system or network, or breach security or authentication measures without proper authorization; (i) interfere or attempt to interfere with the use of the Service by any other user, host, or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing"; (j) use the Service to send unsolicited e-mail, including without limitation promotions or advertisements for products or services; (k) forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance or distribution by means of, the Service; or (l) attempt to modify, reverse-engineer, decompile, disassemble, or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by the Higher Income Jobs Parties in providing the Service. Any violation of this section may subject You to civil and/or criminal liability.

## 11. INTELLECTUAL PROPERTY

You represent and warrant that, when using the Service, You obey all applicable laws and respect the intellectual property rights of others. Your use of the Service is at all times governed by and subject to

laws regarding copyright ownership and use of intellectual property generally. You agree not to upload, post, transmit, display, perform, or distribute any content, information or other materials in violation of any third-party's copyrights, trademarks, or other intellectual property or proprietary rights.

YOU HEREBY REPRESENT AND WARRANT THAT YOU ARE THE SOLE AND EXCLUSIVE OWNER OF ANY USER CONTENT THAT YOU SUBMIT THROUGH THE SERVICE. YOU SHALL BE SOLELY RESPONSIBLE FOR ANY VIOLATIONS OF ANY LAWS AND FOR ANY INFRINGEMENTS OF THIRD-PARTY RIGHTS CAUSED BY YOUR USE OF THE SERVICE. HIGHER INCOME JOBS USERS BEAR THE SOLE BURDEN OF PROVING THAT CONTENT, INFORMATION OR OTHER MATERIALS DO NOT VIOLATE ANY LAWS OR THIRD-PARTY RIGHTS.

Higher Income Jobs and the "Higher Income Jobs logo" (collectively, the "Higher Income Jobs Marks") are trademarks or registered trademarks of Higher Income Jobs. Other trademarks, service marks, graphics, logos, and domain names appearing anywhere on, through, or in connection with the Service may be the trademarks of third-parties. Neither Your use of the Service nor this Agreement grant You any right, title or interest in or to, or any license to reproduce or otherwise use, the Higher Income Jobs Marks or any third-party trademarks, service marks, graphics, logos, or domain names. You agree that any goodwill in the Higher Income Jobs Marks generated as a result of Your use of the Service will inure to the benefit of Higher Income Jobs, and You agree to assign, and hereby do assign, all such goodwill to Higher Income Jobs. You shall not at any time, nor shall You assist others to, challenge Higher Income Jobs's right, title, or interest in or to, or the validity of, the Higher Income Jobs Marks.

**Content**

All content and other materials available through the Service, including without limitation the Higher Income Jobs logo, design, text, graphics, and other files, and the selection, arrangement, and organization thereof, are either owned by Higher Income Jobs or are the property of Higher Income Jobs's licensors and suppliers. Except as explicitly provided, neither Your use of the Service nor this Agreement grant You any right, title, or interest in or to any such materials.

**DMCA Policy**

As Higher Income Jobs asks others to respect Higher Income Jobs's intellectual property rights, Higher Income Jobs respects the intellectual property rights of others. If you believe content located on or linked-to by the Service violates Your copyright, you are encouraged to please immediately notify Higher Income Jobs by means of emailed notice ("Infringement Notice"), providing the information described herein. If Higher Income Jobs takes action in response to an Infringement Notice, it will make a good faith attempt to contact the party that made such content available by means of the most recent email address, if any, provided by such party to Higher Income Jobs. Please be advised that you may be held liable for damages based on certain material misrepresentations contained in an Infringement Notice. Thus, if you are not sure content located on or linked-to by the Service infringes your copyright, you should consider first contacting an attorney.

All Infringement Notices should include the following:

1. A signature, electronic or physical, of the copyright owner or a person authorized to act on their behalf;
2. An identification of the copyright claimed to have been infringed;
3. A description of the nature and location of the material that you claim to infringe your copyright, in sufficient detail to permit Higher Income Jobs to find and positively identify that material;
4. Your name, address, telephone number and email address; and
5. A statement by you: (i) that you believe in good faith that the use of the material that you claim to infringe your copyright is not authorized by law, or by the copyright owner or such owner's agent; and, (ii) under penalty of perjury, that all of the information contained in your Infringement Notice is accurate, and that you are either the copyright owner or a person authorized to act on their behalf.

Infringement Notices should be sent to support@higherincomejobs.com with the subject line "DMCA Notice–[INSERT YOUR NAME OR YOUR COMPANY'S NAME]".

Higher Income Jobs will respond to all such notices, including as required or appropriate by removing the offending material or disabling all links to the offending material.

## 12. DISCLAIMERS; LIMITATION OF LIABILITY

HIGHER INCOME JOBS, ON BEHALF OF ITSELF AND ITS LICENSORS, SUPPLIERS, AND MARKETING PARTNERS, HEREBY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE SERVICE, ARISING BY OPERATION OF LAW OR OTHERWISE, INCLUDING WITHOUT LIMITATION ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, NO ENCUMBRANCE, OR TITLE, IN ADDITION TO ANY WARRANTIES ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE. NEITHER HIGHER INCOME JOBS NOR ITS LICENSORS, SUPPLIERS, OR MARKETING PARTNERS WARRANTS THAT THE SERVICE WILL MEET YOUR REQUIREMENTS, OR THAT THE OPERATION OF THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE. HIGHER INCOME JOBS AND ITS MARKETING PARTNERS DISCLAIM ALL IMPLIED LIABILITY FOR DAMAGES ARISING OUT OF THE FURNISHING OF THE SERVICE PURSUANT TO THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, MISTAKES, OMISSIONS, INTERRUPTIONS, DELAYS, TORTIOUS CONDUCT, ERRORS, OR OTHER DEFECTS, REPRESENTATIONS, OR ARISING OUT OF THE FAILURE TO THE FURNISH THE SERVICE, WHETHER CAUSED BY ACTS OF COMMISSION OR OMISSION, OR ANY OTHER DAMAGE OCCURRING. HIGHER INCOME JOBS AND ITS MARKETING PARTNERS SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES (INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR LOST REVENUES), WHETHER CAUSED BY THE ACTS OR OMISSIONS OF HIGHER INCOME JOBS, HIGHER INCOME JOBS PARTIES, OR HIGHER INCOME JOBS USERS, OR THEIR AGENTS OR REPRESENTATIVES.

**CALIFORNIA RESIDENTS**—IF YOU ARE A CALIFORNIA RESIDENT, YOU HEREBY WAIVE CALIFORNIA CIVIL CODE SECTION 1542 IN CONNECTION WITH THE FOREGOING, WHICH STATES "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

**ACCESSING FROM NEW JERSEY**—IF YOU ARE ACCESSING THE SERVICE FROM NEW JERSEY, YOU (A) ASSUME ALL RISKS OF LOSSES OR DAMAGES RESULTING FROM YOUR USE OF, OR INABILITY TO USE, THE SITE OR SERVICE; (B) IRREVOCABLY WAIVE ALL LOSSES OF INDIRECT, SPECIAL, CONSEQUENTIAL, PUNITIVE, OR INCIDENTAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, THOSE RESULTING FROM LOST PROFITS, LOST DATA, OR BUSINESS INTERRUPTION) THAT MAY OCCUR AS A RESULT OF YOUR USE OF THE SITE OR SERVICE; (C) EXPRESSLY AGREE TO RELEASE AND DISCHARGE US, OUR MARKETING PARTNERS, AND OUR AFFILIATES, EMPLOYEES, AGENTS, REPRESENTATIVES, SUCCESSORS, OR ASSIGNS FROM ANY AND ALL CLAIMS OR CAUSES OF ACTION RESULTING, DIRECTLY OR INDIRECTLY, FROM YOUR USE OF THE SITE OR SERVICE; AND (D) YOU VOLUNTARILY GIVE UP OR WAIVE ANY RIGHT THAT YOU MAY OTHERWISE HAVE TO BRING A LEGAL ACTION AGAINST US OR OUR MARKETING PARTNERS FOR LOSSES OR DAMAGES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR OTHER LEGAL THEORY, INCLUDING ANY CLAIM BASED ON ALLEGED NEGLIGENCE ON THE PART OF US OR OUR MARKETING PARTNERS. YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THIS "WAIVER AND RELEASE" AND FULLY UNDERSTAND THAT IT IS A RELEASE OF LIABILITY.

## 13. YOUR RESPONSIBILITY FOR LOSS OR DAMAGE; BACKUP OF DATA

YOU AGREE THAT YOUR USE OF THE SERVICE IS AT YOUR SOLE RISK. YOU WILL NOT HOLD HIGHER INCOME JOBS OR ITS LICENSORS, SUPPLIERS, OR MARKETING PARTNERS, AS APPLICABLE, RESPONSIBLE FOR ANY LOSS OR DAMAGE THAT RESULTS FROM YOUR ACCESS TO AND/OR USE OF

THE SERVICE, INCLUDING WITHOUT LIMITATION ANY LOSS OR DAMAGE TO ANY OF YOUR COMPUTERS OR DATA. THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS, OR OTHER LIMITATIONS.

IMPORTANTLY, YOU HEREBY ACKNOWLEDGE THAT A CATASTROPHIC DISK FAILURE OR OTHER EVENT COULD RESULT IN THE LOSS OF ALL OF THE DATA RELATED TO YOUR ACCOUNT. YOU AGREE AND UNDERSTAND THAT IT IS YOUR RESPONSIBILITY TO BACKUP YOUR DATA TO YOUR PERSONAL COMPUTER OR EXTERNAL STORAGE DEVICE AND TO ENSURE SUCH BACKUPS ARE SECURE.

## 14. LIMITATION OF LIABILITY

IN NO EVENT SHALL HIGHER INCOME JOBS OR ITS LICENSORS, SUPPLIERS, OR MARKETING PARTNERS, BE LIABLE TO YOU FOR ANY CLAIMS ARISING FROM YOUR USE OF THE SERVICE, INCLUDING WITHOUT LIMITATION FOR SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, LOST PROFITS, LOST DATA OR CONFIDENTIAL OR OTHER INFORMATION, LOSS OF PRIVACY, COSTS OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, FAILURE TO MEET ANY DUTY INCLUDING WITHOUT LIMITATION OF GOOD FAITH OR OF REASONABLE CARE, NEGLIGENCE, OR OTHERWISE, REGARDLESS OF THE FORESEEABILITY OF THOSE DAMAGES OR OF ANY ADVICE OR NOTICE GIVEN TO HIGHER INCOME JOBS, OR ITS LICENSORS, SUPPLIERS, OR MARKETING PARTNERS, ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE SERVICE. THIS LIMITATION SHALL APPLY REGARDLESS OF WHETHER THE DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT, OR ANY OTHER LEGAL THEORY OR FORM OF ACTION. YOU AGREE THAT THIS LIMITATION OF LIABILITY REPRESENTS A REASONABLE ALLOCATION OF RISK AND IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN HIGHER INCOME JOBS AND YOU. THE SERVICE WOULD NOT BE PROVIDED WITHOUT SUCH LIMITATIONS.

THE ABOVE DISCLAIMERS, WAIVERS AND LIMITATIONS DO NOT IN ANY WAY LIMIT ANY OTHER DISCLAIMER OF WARRANTIES OR ANY OTHER LIMITATION OF LIABILITY IN ANY OTHER AGREEMENT BETWEEN YOU AND HIGHER INCOME JOBS OR BETWEEN YOU AND ANY OF HIGHER INCOME JOBS'S LICENSORS, SUPPLIERS, OR MARKETING PARTNERS. SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF CERTAIN IMPLIED WARRANTIES OR THE LIMITATION OF CERTAIN DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, WAIVERS, AND LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU. HIGHER INCOME JOBS'S LICENSORS, SUPPLIERS, AND MARKETING PARTNERS ARE INTENDED THIRD-PARTY BENEFICIARIES OF THESE DISCLAIMERS, WAIVERS, AND LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SERVICE OR OTHERWISE SHALL ALTER ANY OF THE DISCLAIMERS OR LIMITATIONS STATED IN THIS SECTION OR ELSEWHERE IN THE AGREEMENT.

## 15. YOUR REPRESENTATIONS AND WARRANTIES

You represent and warrant that Your use of the Service will be in accordance with this Agreement and any other Higher Income Jobs policies, and with any applicable laws or regulations.

## 16. INDEMNITY BY YOU

Without limiting any indemnification provision of this Agreement, You (the "Indemnitor") agree to defend, indemnify and hold harmless Higher Income Jobs, the Higher Income Jobs Parties, and our Marketing Partners (collectively, the "Indemnitees") from and against any and all claims, actions, demands, causes of action, and other proceedings (individually, "Claim," and collectively, "Claims"), including but not limited to legal costs and fees, and providing sole and exclusive control of the defense of any action to Higher Income Jobs or its Marketing Partners (as applicable), including the choice of legal counsel and all related settlement negotiations, arising out of or relating to: (i) the relationship between You and Higher Income Jobs, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory; (ii) Your breach of this Agreement, including without limitation any representation or warranty contained in this Agreement; (iii) Your access to or use of the Service; (iv) Your provision to Higher Income Jobs or any of

the Indemnitees of information or other data; or (v) Your violation or alleged violation of any foreign or domestic, international, federal, state, or local law or regulation, or (vi) Your violation or alleged violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. The Indemnitees each have the individual right, but not the obligation, to participate through counsel of their choice in any defense by You of any Claim as to which You are required to defend, indemnify, or hold harmless any, each, and/or all Indemnitees. You may not settle any Claim without the prior written consent of the concerned Indemnified Parties.

**17. DISPUTES/ARBITRATION/CLASS ACTION WAIVER**

If you have a dispute concerning any aspect of these Terms & Conditions, the Service, or the Site, you should first contact customer support on our Site or by completing a customer support ticket. If Customer Support doesn't resolve your dispute to your satisfaction, you can start a formal dispute proceeding by completing a Dispute Form. Completing a Dispute Form will elevate your dispute and we will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of your Dispute Form. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. To file an arbitration proceeding against Higher Income Jobs, you will need our mailing address to file online which is:

HigherIncomeJobs.com

160 W. Camino Real Unit #682
Boca Raton, FL 33432

    a. DISPUTES SUBJECT TO INDIVIDUAL ARBITRATION/CLASS ACTION WAIVER

    YOU AND WE AGREE THAT ANY AND ALL DISPUTES ARISING OUT OF OR RELATING IN ANY WAY TO OUR SERVICE OR YOUR USE OF THE SITE ("Disputes") SHALL BE RESOLVED EXCLUSIVELY IN BINDING INDIVIDUAL ARBITRATION RATHER THAN LITIGATION IN COURT. FOR THE AVOIDANCE OF DOUBT, YOU EXPRESSLY AGREE TO SUBMIT TO ARBITRATION ALL DISPUTES ARISING FROM OR RELATING IN ANY WAY TO ANY PHONE CALLS OR TEXT MESSAGES YOU RECEIVE FROM OR ON BEHALF OF ANY ENTITY WITH WHOM WE MAY SHARE YOUR TELEPHONE NUMBER(S) YOU PROVIDED (INCLUDING OUR MARKETING PARTNERS). Further, you and we both agree that all entities with whom we share your telephone number(s) you provided—including our Marketing Partners—shall be third-party beneficiaries of this agreement to arbitrate and class action waiver and that those entities have the same rights and obligations as Higher Income Jobs with respect to enforcement of this arbitration agreement and class action waiver. Thus, you consent to extend to our Marketing Partners your agreement to arbitrate and to waive your rights to bring or participate in a class or collective action, and you acknowledge that you shall be estopped from denying an obligation to arbitrate covered Disputes with a Marketing Partner.

    This agreement to arbitrate is intended to be interpreted broadly. This Agreement to arbitrate applies to all Disputes, whether based in contract, tort, statute, or any other legal or equitable theory. Notwithstanding this Arbitration Agreement, you or Higher Income Jobs may bring Disputes in an appropriate small claims court on an individual, not class, basis so long as the relief requested falls within the jurisdiction of the small claims court, but neither you nor Higher Income Jobs may bring claims in any other court. You and we agree that any questions about the scope or enforceability of this Arbitration Agreement will be decided by a court, not the arbitrator. You agree that we may file a lawsuit in court to enjoin infringement or other misuse of intellectual property rights.

    YOU AND WE EXPRESSLY AGREE THAT ANY DISPUTE RESOLUTION WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS, CONSOLIDATED, COLLECTIVE, OR REPRESENTATIVE

ACTION OR ARBITRATION. YOU EXPRESSLY WAIVE ANY ABILITY TO BRING A CLASS OR REPRESENTATIVE ACTION IN ARBITRATION OR TO SEEK RELIEF ON BEHALF OF A CLASS IN ARBITRATION. YOU ALSO EXPRESSLY WAIVE ANY RIGHT TO BRING A CLASS ACTION IN COURT OR TO PARTICIPATE OR OBTAIN BENEFITS IN A CLASS ACTION SOMEONE ELSE BRINGS IN COURT. You and we acknowledge that this class action waiver is integral to the Arbitration Agreement. If a court or arbitrator determines that the class action waiver is invalid or unenforceable, you and we both agree that this Arbitration Agreement will not apply, and any Dispute shall be resolved in court. That is, you and we agree that this class action waiver cannot be severed from this Arbitration Agreement. It is the express intention of both parties not to proceed with any Dispute by way of class arbitration. We also both agree that you or we may bring suit to enjoin infringement or other misuse of intellectual property rights. Arbitration is a process to resolve disputes before a neutral person (an arbitrator) instead of having a trial in court with a judge and/or jury. THEREFORE, BY ENTERING INTO THIS ARBITRATION AGREEMENT, YOU ARE WAIVING YOUR RIGHTS TO TRIAL BY JURY. YOU ARE ALSO WAIVING YOUR RIGHTS TO BRING CLAIMS IN COURT AND TO BRING OR PARTICIPATE IN A CLASS ACTION. THE ARBITRATOR WILL FOLLOW APPLICABLE SUBSTANTIVE LAW TO THE EXTENT CONSISTENT WITH THE FEDERAL ARBITRATION ACT ("FAA"), APPLICABLE STATUTES OF LIMITATION, AND APPLICABLE PRIVILEGE RULES, AND SHALL BE AUTHORIZED TO AWARD ALL REMEDIES AVAILABLE IN AN INDIVIDUAL LAWSUIT UNDER APPLICABLE SUBSTANTIVE LAW, INCLUDING, WITHOUT LIMITATION, COMPENSATORY, STATUTORY, AND PUNITIVE DAMAGES, AS WELL AS, DECLARATORY, INJUNCTIVE, AND OTHER EQUITABLE RELIEF— INCLUDING PUBLIC INJUNCTIVE RELIEF AND ATTORNEYS' FEES AND COSTS. Arbitration is more informal than litigation and generally provides a quicker and more cost-effective way to resolve Disputes, but there is only limited discovery in arbitration, and there is only very limited review of an arbitrator's decision.

b. ARBITRATION PROCEDURES AND RULES

You and Higher Income Jobs agree that this Arbitration Agreement is subject to and governed by the FAA, 9 U.S.C. Section 1, et seq. Arbitration shall be conducted by the American Arbitration Association ("AAA") pursuant to its Commercial Arbitration Rules and Consumer Related Disputes Supplemental Procedures. Those rules are available at www.adr.org. or by calling the AAA at 1-800-778-7879. A single arbitrator will decide the Disputes. To initiate an arbitration, you must file a demand for arbitration with the AAA, following the AAA's rules and procedures as set forth at www.adr.org. Arbitration shall be held in the state in which you reside at the time you initiate the arbitration. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

c. COSTS AND ATTORNEY'S FEES IN ARBITRATION

If you file an arbitration claim against Higher Income Jobs hereunder, Higher Income Jobs agrees to pay the AAA initial filing fee on your behalf for claims totaling less than $1,000, unless the arbitrator determines that the claims are frivolous. Except for such initial filing fee, you and we agree that we will each be responsible for our own costs and attorneys' fees in arbitration. The arbitrator's fees will be divided between us as set forth in the AAA's Consumer Related Disputes Supplemental Procedures. If you are the prevailing party in the arbitration, Higher Income Jobs agrees to pay you for any arbitrator fees you paid in the arbitration or to pay the arbitrator for any fees owed by you. If you prevail in the arbitration and are entitled to recover your attorneys' fees or costs under an applicable statute or common law doctrine, then the arbitrator has the authority to award you such fees and costs but is not required to do so. Higher Income Jobs agrees that it will not seek to recover its attorneys' fees and costs from you even if it prevails in the arbitration and is entitled to recover those fees and costs under an applicable statute or common law doctrine, unless the arbitrator determines that the claims are frivolous. For claims you bring of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that

is greater than our final written settlement offer (if any) made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential. This provision shall not be construed to preclude any party from seeking injunctive relief to protect its rights pending an outcome in arbitration.

The language in this Agreement shall be interpreted in accordance with its fair meaning and not strictly for or against either party. THE PROPER VENUE FOR ANY JUDICIAL ACTION ARISING OUT OF, RELATING TO, OR IN CONNECTION WITH THIS AGREEMENT WILL BE THE STATE AND FEDERAL COURTS LOCATED IN TO PALM BEACH COUNTY, FLORIDA. THE PARTIES HEREBY STIPULATE TO, AND AGREE TO WAIVE ANY OBJECTION TO, THE PERSONAL JURISDICTION AND VENUE OF SUCH COURTS, AND FURTHER EXPRESSLY SUBMIT TO EXTRATERRITORIAL SERVICE OF PROCESS. Notwithstanding any other provision of these Terms and Conditions, this arbitration agreement and class action waiver shall survive termination of your use of the Site or Service, and/or termination of our or our Marketing Partners' dealings with you.

## 18. TERMINATION

WITHOUT LIMITING ANY OTHER PROVISION OF THIS AGREEMENT, HIGHER INCOME JOBS RESERVES THE RIGHT TO, IN HIGHER INCOME JOBS' SOLE DISCRETION AND WITHOUT NOTICE OR LIABILITY, DENY USE OF THE SERVICE TO ANY PERSON FOR ANY REASON OR FOR NO REASON AT ALL, INCLUDING WITHOUT LIMITATION FOR ANY BREACH OR SUSPECTED BREACH OF ANY REPRESENTATION, WARRANTY, OR COVENANT CONTAINED IN THIS AGREEMENT, OR OF ANY APPLICABLE LAW OR REGULATION.

This Agreement shall automatically terminate in the event that You breach any of this Agreement's representations, warranties, or covenants. Such termination shall be automatic, and shall not require any action by Higher Income Jobs.

You may terminate this Agreement and Your rights hereunder at any time, for any or no reason at all, by providing to Higher Income Jobs notice of Your intention to do so, in the manner required by this Agreement.

Any termination of this Agreement automatically terminates all rights and licenses granted to You under this Agreement, including all rights to use the Service. Upon termination, Higher Income Jobs may, but has no obligation to, in Higher Income Jobs' sole discretion, rescind any services and/or delete from Higher Income Jobs' systems all Your Personal Information and any other files or information that You made available to Higher Income Jobs or that otherwise relate to Your use of the Service. Upon termination, You shall cease any use of the Service. Subsequent to termination, Higher Income Jobs reserves the right to exercise whatever means it deems necessary to prevent Your unauthorized use of the Service, including without limitation technological barriers such as IP blocking and direct contact with Your Internet Service Provider.

If Higher Income Jobs, in Higher Income Jobs' discretion, takes legal action against You in connection with any actual or suspected breach of this Agreement, Higher Income Jobs will be entitled to recover from You as part of such legal action, and You agree to pay, Higher Income Jobs' reasonable costs and attorneys' fees incurred as a result of such legal action. The Higher Income Jobs Parties will have no legal obligation or other liability to You or to any third party arising out of or relating to any termination of this Agreement.

We reserve the right, in our sole discretion, to terminate your access to the services or any portion thereof at any time, without notice.

## 19. NOTICES

All notices required or permitted to be given under this Agreement must be in writing. Higher Income Jobs shall give any notice by email sent to the most recent email address, if any, provided by the intended recipient to Higher Income Jobs. You agree that any notice received from Higher Income Jobs electronically satisfies any legal requirement that such notice be in writing. YOU BEAR THE SOLE RESPONSIBILITY OF ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH HIGHER INCOME JOBS IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY HIGHER INCOME JOBS OF AN EMAIL TO THAT ADDRESS.

## 20. PARTIAL INVALIDITY

Except as otherwise provided in Section 17, should any part of this Agreement be declared invalid, void, or unenforceable by a Court of Competent Jurisdiction or an Arbitrator, such decision shall not affect the validity of any remaining portion hereof, which shall remain in full force and effect, and the parties hereby acknowledge and agree that they would have executed the remaining portion hereof without including the part so declared by a Court of Competent Jurisdiction or Arbitrator, to be invalid, void, or unenforceable.

## 21. GENERAL

This Agreement constitutes the entire agreement between Higher Income Jobs and You concerning Your use of the Service. This Agreement may only be modified by a written amendment signed by an authorized executive of Higher Income Jobs or by the unilateral amendment of this Agreement by Higher Income Jobs and by the posting by Higher Income Jobs of such amended version. A waiver by either party of any term or condition of this Agreement or any breach thereof, in any one instance, will not waive such term or condition or any subsequent breach thereof. This Agreement and all of Your rights and obligations hereunder will not be assignable or transferable by You without the prior written consent of Higher Income Jobs. This Agreement will be binding upon and will inure to the benefit of the parties, their successors, and permitted assigns. You and Higher Income Jobs are independent contractors, and no agency, partnership, joint venture, or employee-employer relationship is intended or created by this Agreement. You acknowledge and agree that any actual or threatened breach of this Agreement or infringement of proprietary or other third-party rights by You would cause irreparable injury to Higher Income Jobs and Higher Income Jobs's licensors and suppliers, and would therefore entitle Higher Income Jobs or Higher Income Jobs's licensors or suppliers, as the case may be, to injunctive relief. The headings in this Agreement are for the purpose of convenience only and shall not limit, enlarge, or affect any of the covenants, terms, conditions or provisions of this Agreement.

You can contact us at:

HigherIncomeJobs.com (DBA Registration Number G16000103992)
160 W. Camino Real Unit #682
Boca Raton, FL 33432
support@higherincomejobs.com

All company names used herein are the registered trademarks of their original owners. There is no affiliation between the site and the owners of those trade names or trademarks. Hourly and Salary compensation estimates are based upon publicly available salary report(s) provided by employees or estimated based upon statistical methods. To gain access to the job listings, you must agree to our Terms & Conditions and Privacy Policy, **optionally** provide certain personally identifiable information and **optionally** consent to our sharing such information with our marketing partners for which we may be compensated. TPMO Disclaimer: Participating sales agencies do not offer every plan available in your area. Any information we provide is limited to those plans we do offer in your area. Please contact Medicare.gov or 1−800−MEDICARE to get information on all of your options. FCS Disclaimer: Participating sales agencies represent Medicare Advantage [HMO, PPO, PFFS, and PDP] organizations that are contracted with Medicare. Enrollment depends on the plan's contract renewal.

©2023 higherincomejobs.com. All Rights Reserved.

Terms & Conditions  |  Privacy Policy  |  Unsubscribe  |  Contact Us  |  Do Not Sell My Personal Information