## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ZACHARY JENKINS, on behalf of himself and others similarly situated, | : : : | |
| *Plaintiff(s),* | : : | Case No. 1:23-cv-00558-JPH<br>District Judge Jeffery P. Hopkins |
| v. | : : | |
| ZETA GLOBAL CORP. and FLUENT, INC. | : : : | |
| *Defendants.* | : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT ZETA GLOBAL CORP.'S MOTION TO COMPEL ARBITRATION AND DEFENDANT FLUENT, INC.'S MOTION TO DISMISS

Plaintiff Zachary Jenkins ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for an Order extending Plaintiff's time to respond to (1) Defendant Zeta Global Corp.'s Motion to Compel Arbitration or, in the Alternative, to Dismiss Claims for Injunctive Relief for Lack of Article III Standing (ECF 28) and (2) Defendant Fluent, Inc.'s Motion to Dismiss (ECF 33), by fourteen (14) days, such that both responses will be due on January 7, 2025. In support, Plaintiff states as follows:

1. Defendant Zeta Global Corp. filed its Motion to Compel Arbitration (or, alternatively, to dismiss claims for injunctive relief) at ECF 28.

2. Defendant Fluent, Inc. filed its Motion to Dismiss at ECF 33.

3. Plaintiff seeks a brief, one-time extension of fourteen (14) days to respond to both motions so that the responses may be prepared efficiently and without unnecessary duplication of effort.

4. This request is made in good faith and not for purposes of delay.

5. Counsel for Plaintiff has conferred with counsel for Defendants Zeta Global Corp. and Fluent, Inc., and Defendants do not oppose this request.

6. Plaintiff respectfully requests that the Court extend Plaintiff's deadlines to respond to ECF 28 and ECF 33 to January 7, 2025.

WHEREFORE, Plaintiff respectfully requests that the Court GRANT this Unopposed Motion and extend Plaintiff's deadlines to respond to ECF 28 and ECF 33 to January 7, 2025, and for such other and further relief as the Court deems just and proper.

Plaintiff,
By Counsel,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

Brian T. Giles (0072806)
THE LAW OFFICES OF BRIAN T. GILES
1470 Apple Hill Road
Cincinnati, Ohio 45230
Telephone:  (513) 379-2715
Brian@GilesFirm.com