# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ZACHARY JENKINS, on behalf of himself and others similarly situated,

    Plaintiff(s),

v.

FLUENT, INC.,

    Defendant.

Case No. 1:23-cv-00558-JPH

Judge Jeffery P. Hopkins

**SECOND DECLARATION OF JEFF RICHARD
FILED IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Jeff Richard, declare under penalty of perjury under the laws of the United States as follows:

1. I am over 18 years of age, competent to testify in this action, and make this declaration based on personal knowledge.

2. I am the Vice President of Data Privacy and Compliance for Fluent, Inc. ("Fluent") and am familiar with Fluent's business operations, corporate structure, business relationships, and workforce composition.

3. I previously submitted a declaration in support of Fluent's motion to dismiss (Dkt. No. 24-1, the "Prior Declaration"). The statements in this declaration supplement—not replace—my Prior Declaration. Where relevant, I incorporate the Prior Declaration by reference.

4. No business relationships relevant to the call-transfer activity at issue were negotiated with or directed to Ohio-based companies or residents, and the call-transfer activity at issue was not targeted toward Ohio residents or Ohio-based entities.

5. At the time of the call-transfer event described in my Prior Declaration, Fluent did not know and had no way to determine that the consumer on that call was physically located in Ohio.

6. The platform that facilitated the call-transfer at issue in this case is not capable of initiating outbound telephone calls and Fluent played no role in Zeta's decision to call Plaintiff. Zeta alone determined whom to call, when to call, and how often to call.

7. Fluent never directed Zeta to make any of the calls at issue in this case. Nor did Fluent give Zeta any authority to call the Plaintiff (or anyone else) on Fluent's behalf or on behalf of any third-party advertisers.

1     I declare under penalty of perjury under the laws of the United States that the

2     foregoing is true and correct.

3

4   Dated: December 10, 2025

5                            Jeff Richard

6

7

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Ohio that on December 10, 2025, I caused true and correct copies of the foregoing documents to be served by the method(s) listed below on the following interested parties:

**Via CM/ECF**

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

Brian T. Giles (0072806)
The Law Offices of Brian T. Giles
1470 Apple Hill Road
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff*

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2025.

/s/ *Jeffrey T. Perry*
Jeffrey T. Perry (#0088989)