**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **ZACHARY JENKINS, on behalf of himself and others similarly situated,**<br><br>        **Plaintiff(s),**<br><br>    **v.**<br><br>**FLUENT, INC.,**<br><br>        **Defendant.** | Case No. 1:23-cv-00558-JPH<br><br>Judge Jeffery P. Hopkins |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

The Court, having considered Defendant Fluent, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint and all related papers, and for good cause shown, hereby ORDERS as follows:

1.  The Motion is GRANTED.

2.  Plaintiff's claims against Fluent are DISMISSED.

3.  The dismissal is with prejudice to any claims decided under Rule 12(b)(6) and without prejudice to any claims decided under Rule 12(b)(1) or 12(b)(2).


IT IS SO ORDERED.


Dated: _____


_____
HON. JEFFERY P. HOPKINS
United States District Judge