**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Zachary Jenkins, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Zeta Global Corp. and Fluent, Inc.<br>*Defendants*. | Case No. 1:23-cv-00558-JPH |

Declaration of Zachary Jenkins

I, Zachary Jenkins, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and could competently testify to them if called as a witness.

2. I have never visited the websites onlygreatjobs.com or higherincomejobs.com.

3. I have never submitted my name, email address, telephone number, address, date of birth, or any other personal information on onlygreatjobs.com or higherincomejobs.com.

4. I have never agreed to any terms of use, arbitration agreement, or class action waiver associated with onlygreatjobs.com or higherincomejobs.com.

5. I did not submit any online request asking to be contacted about jobs, insurance, or any other products or services through those websites.

6. I retired from my employment in August 2022 and was not looking for work at any time in 2023.

7. On March 23, 2023, I underwent knee surgery and remained in rehabilitation through June 30, 2023. During that period, I was physically unable to work and was not seeking employment opportunities.

8. I do not recognize the Internet Protocol ("IP") address 99.11.193.101 and did not use that IP address on June 6, 2023.

9. I do not recognize the Internet Protocol ("IP") address 172.59.33.186 and did not use that IP address on June 19, 2023.

10. To my knowledge, neither of those IP addresses is associated with my home internet service, my mobile phone, or any device that I use.

11. I did not submit any information online on June 6, 2023 or June 19, 2023 requesting calls or consenting to be contacted by Zeta, Fluent, or any of their marketing partners.

12. The telemarketing calls at issue in this case were not requested by me and were not made with my consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____1/5/2026____, 2026

_____
Zachary Jenkins