UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ZACHARY JENKINS, on behalf of himself and others similarly situated,<br><br>  Plaintiff(s),<br><br> v.<br><br>FLUENT, INC., et al.<br><br>  Defendants. | Case No. 1:23-cv-00558-JPH<br><br>Judge Jeffery P. Hopkins |

**DEFENDANT FLUENT, INC.'S RESPONSE TO DEFENDANT ZETA GLOBAL CORP.'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS CLAIMS FOR INJUNCTIVE RELIEF FOR LACK OF ARTICLE III STANDING**

Defendant Fluent, Inc. ("Fluent") does not oppose Defendant Zeta Global Corp.'s Motion to Compel Arbitration or, in the Alternative, to Dismiss Claims for Injunctive Relief for Lack of Article III Standing (Dkt. 28).

Fluent respectfully submits that its jurisdictional challenges to Plaintiff's claims—raised in Fluent's separate motion to dismiss (Dkt. 37)—should be resolved first. If the Court concludes that it has jurisdiction over Fluent and compels arbitration between Zeta and Plaintiff, Fluent believes a discretionary stay of the remaining claims in this matter is appropriate. *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 20 n.23 (1983) (recognizing district-court discretion to stay litigation involving non-arbitrating parties); *see also Patnik v. Citicorp Bank Tr. FSB*, 412 F. Supp. 2d 753, 762 (N.D. Ohio 2005) ("A stay is justified when a lawsuit against a nonsignatory depends upon the same facts and is inherently inseparable from the arbitrable claims.")

Nothing in this response should be construed as a concession regarding arbitrability, jurisdiction, or the merits of Plaintiff's claims against Fluent.

Dated: January 7, 2026   Respectfully submitted,

/s/ *Jeffrey T. Perry*
Jeffrey T. Perry (#0088989)
CAMPBELL PERRY, LLC
7240 Muirfield Drive, Suite 120
Dublin, OH 43017
(614) 668-8442
(614) 675-2210 fax
jeff@campbellperrylaw.com

/s/ *Jason B. Sykes*
Jason B. Sykes (#44369)
NEWMAN LLP
1201 Second Avenue, Suite 900
Seattle, WA  98101
(206) 274-2800
(206) 274-2801 fax
jason@newmanlaw.com
(*Pro Hac Vice* application forthcoming)

*Counsel for Fluent, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Ohio that on January 7, 2026, I caused true and correct copies of the foregoing documents to be served by the method(s) listed below on the following interested parties:

**Via CM/ECF**

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

Brian T. Giles (0072806)
The Law Offices of Brian T. Giles
1470 Apple Hill Road
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

*Attorneys for Plaintiff*

Christopher C. Wager (0084324)
Walter (Chad) Blackham (0097882)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Ste. 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
cwager@mslawgroup.com
cblackham@mslawgroup.com

*Attorneys for Defendant Zeta Global Corp.*

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2026.

                                         */s/ Jeffrey T. Perry*
                                         Jeffrey T. Perry (#0088989)