IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Zachary Jenkins,** individually and : | | |
| on behalf of all others similarly situated, : | | |
| : | | |
| Plaintiff, : | Case No. 1:23-cv-00558 | |
| v. : | | |
| **Fluent, Inc.,** *et al.* : | Judge Jeffery P. Hopkins | |
| : | | |
| Defendants. : | | |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO FILE RESPONSIVE BRIEFS**

Defendants Zeta Global Corp. ("Zeta") and Fluent, Inc. ("Fluent") jointly move for an extension of fourteen days to file reply briefs in support of their respective pending motions: (i) Defendant Zeta filed a Motion to Compel Arbitration (ECF No. 28), to which Plaintiff filed an opposition brief on January 7, 2026 (ECF No. 41), and (ii) Defendant Fluent filed a Motion to Dismiss for Lack of Jurisdiction (ECF No. 33, as amended via ECF No. 37), to which Plaintiff filed an opposition brief on January 7, 2026 (ECF No. 40).  As such, the current deadline for Defendants to file their respective reply briefs is January 21, 2026, and Defendants request a fourteen-day extension, through February 4, 2026.  This is Defendants' first request for an extension, and the extension will not affect any deadlines currently set in this matter.  Pursuant to S.D. Ohio Civ. R. 7.4, counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this request for an extension.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher C. Wager* <br> Christopher C. Wager (0084324) <br> Walter (Chad) Blackham (0097882) <br> MAC MURRAY & SHUSTER LLP <br> 6525 W. Campus Oval, Ste. 210 <br> New Albany, Ohio 43054 <br> Telephone: (614) 939-9955 <br> cwager@mslawgroup.com <br> cblackham@mslawgroup.com <br><br> *Counsel for Zeta Global Corp.* | */s/ Jeffrey T. Perry* - by CCW 1/20 per email authority <br> Jeffrey T. Perry (0088989) <br> CAMPBELL PERRY, LLC <br> 7240 Muirfield Drive, Suite 120 <br> Dublin, OH 43017 <br> (614) 668-8442 <br> (614) 675-2210 fax <br> jeff@campbellperrylaw.com <br><br> Jason B. Sykes (WA44369) <br> NEWMAN LLP <br> 1201 Second Avenue, Suite 900 <br> Seattle, WA 98101 <br> (206) 274-2800 <br> (206) 274-2801 fax <br> jason@newmanlaw.com <br> (Pro Hac Vice application forthcoming) <br><br> *Counsel for Fluent, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

*/s/ Christopher C. Wager*

2